# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132740

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

PERCY DONELLE CUMMINGS,
    Defendant-Appellant.

SC: 132740
COA: 262294
Genesee CC: 04-013530-FC

_____/

    On order of the Court, the application for leave to appeal the November 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

s0416

Clerk